DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MADELEINE GAGNON,**
Appellant,

v.

**DAVID E. ZELL,** as Trustee of the Trust Agreement
Dated the 21st Day of November 1984,
Appellee.

No. 4D19-3201

[October 8, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE18-109695.

Samuel Alexander of Alexander Appellate Law P.A., DeLand, for appellant.

Agnieszka Chiapperini and Anthony DiMatteo of Gaebe Mullen Antonelli & DiMatteo, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***